# Court of Appeals
# of the State of Georgia

ATLANTA, October 25, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0251, A14A0252. HERRERA v. LEAVENWORTH et al.**

The appellant's motions to withdraw these appeals pursuant to Court of Appeals Rule 41 (g) (1), subject to the Court's continuing jurisdiction over the appellees' pending amended motions that the Court impose penalties for frivolous appeal pursuant to Rules 7 and 15 (b), are hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 25, 2013*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*